BRAD KLOIBER
STANDING CHAPTER 12 TRUSTEE
PO BOX 709
LITTLEFIELD, TX 79339
(806) 549-4886

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **FRANZ BANMAN GIESBRECHT and** | § | **CASE NO. 25-20277-BWO-12** |
| **EVA REMPEL GIESBRECHT** | § | Hearing Date: May 13, 2026 |
| | § | Hearing Time: 1:30 PM |
| | § | |
| Debtor | § | |

## TRUSTEE'S MOTION TO DISMISS

NOW COMES BRAD KLOIBER, STANDING CHAPTER 12 TRUSTEE, and files his Trustee's Motion to Dismiss and respectfully moves this Court pursuant to 11 U.S.C. §§ 1208(c) and 1221 to dismiss the above-captioned Chapter 12 case, and in support thereof states as follows:

1. Debtor filed for relief under Chapter 12 of the United States Bankruptcy Code on October 29, 2025 and Brad Kloiber was appointed as Trustee of the bankruptcy estate.

2. The first meeting of creditors was held and concluded on December 23, 2025.

3. Pursuant to 11 U.S.C. § 1221, the Debtor is required to file a Chapter 12 plan no later than 90 days after the order for relief, unless the Court extended the period due to circumstances for which the Debtor should not justly be held accountable. The deadline to file a plan in this case was January 28, 2026. As of the date of this motion, the Debtor has failed to file a Chapter 12 plan or obtain an extension for filing the plan. The failure to file a plan within the prescribed time period constitutes "cause" for dismissal of the case pursuant to 11 U.S.C. § 1208(c)(3). The delay is prejudicial to the creditors of the estate because it impedes the progression of the case and the administration of the estate.

4. At the first meeting of creditors, the Trustee requested that the Debtor provide the following items:

   a. Complete copies of federal tax returns for the years 2022, 2023 and tax return. Page 2 of each of the returns received were incomplete as to the amount of tax owing or to be refunded.
   b. Copy of the federal tax return for 2021.
   c. Amended Schedule B to include Debtor's interest in Franz and Eva

Giesbrecht Farms Partnership
d. Amended Schedule B to include hay inventory at the time of filing the petition.  Specifically requested bale count and value.
e. Supplement to the Statement of Financial Affairs
f. Information regarding pending insurance claim for 2016 Chevrolet 2500 vehicle
g. Proof of insurance and loss payee designation related to the equipment and other collateral for which Farm Credit Services (Ag Direct) and Centennial Bank have an interest.

As of the date of this Motion, the items above have not been provided or are incomplete and has caused delay for the Trustee and the creditors which constitutes "cause" for dismissal of the case pursuant to 11 U.S.C. § 1208(c)(1). The delay is prejudicial to the creditors of the estate because it impedes the progression of the case and the administration of the estate.

WHEREFORE PREMISES CONSIDERED, Brad Kloiber, Chapter 12 Trustee respectfully requests that the Court enter an order dismissing this Chapter 12 case for cause and grant such other and further relief as is just and proper.

Date: <u>March 19, 2026</u>                    <u>/s/ Brad Kloiber</u>
                                              Brad Kloiber
                                              Chapter 12 Trustee
                                              PO Box 709
                                              Littlefield, TX 79339


## <u>NOTICE OF HEARING</u>

YOU ARE HEREBY NOTIFIED THAT PURSUANT TO 11 U.S.C. §102 YOU ARE GIVEN UNTIL 4/14/2026, TO FILE YOUR WRITTEN RESPONSE TO THIS MOTION WITH THE BANKRUPTCY CLERK, 1205 TEXAS AVENUE, ROOM 306, LUBBOCK, TX 79401. IF NO WRITTEN OBJECTIONS ARE FILED BY THAT DATE, THE COURT MAY ACT UPON THE MATTER WITHOUT FURTHER NOTICE. IF A WRITTEN OBJECTION IS FILED, A HEARING WILL BE HELD 5/13/2026 AT 1:30 PM AS FOLLOWS:

**The hearing will be held via WebEx. The connection information for this docket can be found on the Court's website www.txnb.uscourts.gov under Judge Odell's Hearing Dates and Times**

ANY RESPONSES TO THIS PLEADING WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT ON OR BEFORE THE DEADLINE STAED ABOVE.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Trustee's Motion to Dismiss was this date served on the following parties at the addresses attached by either electronic service or by U.S. First Class Mail:

AG DIRECT PO BOX 2409 OMAHA NE 68103
AMERICAN EXPRESS PO BOX 6031 CAROL STREAM IL 60197
AMERICAN EXPRESS BANK, FSB C/O BECKET & LEE, LLP PO BOX 3001 MALVERN PA 19355
BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355
CENTENNIAL BANK C/O KRISTEN BOYER 15500 W GRAYSTONE BLVD CABOT AR 72023
CENTENNIAL BANK HAPPY STATE BANK PO BOX 966 CONWAY AR 72033
FARM CREDIT SERVICES OF AMERICA ATTTN MARCIA HARRING PO BOX 2409 OMAHA NE 68103
FRANZ BANMAN GIESBRECHT & EVA REMPEL GIESBRECHT 6606 PARKWOOD PLACE AMARILLO TX 79110
INTERNAL REVENUE SERVICE ACS CORRESPONDENCE PO BOX 145566, STOP 814G-CDP CINCINNATI OH 45250
INTERNAL REVENUE SERVICE 1100 COMMERCE STREET MAIL CODE 5026 DAL DALLAS TX 75242
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE 1100 COMMERCE ST M/S MC5027DAL DALLAS TX 75242
INTERNAL REVENUE SERVICE ATTN D.J. RAMSEY TAX PAYER ID XXX-XX-996 PO BOX 145566, STOP 813GCSC CINCINNATI OH 45250
INTERNAL REVENUE SERVICE CCP-LU ACS CORRESPONDENCE PO BOX 145566 STOP 813G CSC CINCINNATI OH 45250
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES CODE 5020 DAL 1100 COMMERCE STREET DALLAS TX 75242
JOHN DEERE FINANCIAL C/O WELTMAN, WEINBERG AND REIS CO, LPA PO BOX 93784 CLEVELAND OH 44101
JOHN DEERE FINANCIAL 6400 NW 86TH ST PO BOX 6600 JOHNSTON IA 50131
JOHN DEERE FINANCIAL ATTN ADAM SCHILTE PO BOX 6600 JOHNSTON IA 50131
JULIE ANNE PARSONS MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 1269 ROUND ROCK TX 78680
KEOPERNICH SEEDS C/O JACK W BESSE 1516 1ST AVE PO BOX 160 KEARNEY NE 68848
KOEPERNICH SEEDS PO BOX P CAMBRIDGE NE 69022
MICHAEL S URYASZ GREAK LAW, PC 8008 SLLIDE RD, SUITE 30 LUBBOCK TX 79424
MIDLAND CREDIT MANAGEMENT CABELA'S 350 COMMENO DE LA REINA SUITE 100 SAN DIEGO CA 92108
MIDLAND CREDIT MANAGEMENT INC PO BOX 301030 LOS ANGELES CA 90030
MIDLAND CREDIT MANAGEMENT, INC CAPITAL ONE PO BOX 30285 SALT LAKE CITY UT 84130
MIDLAND CREDIT MANAGEMENT, INC PO BOX 2037 WARREN MI 48090
NUTRIEN AG SOLUTIONS INC PO BOX 130 WALSH CO 81090
PRO AG PO BOX 975034 DALLAS TX 75397
PRODUCERS AGRICULTURE INSURANCE COMPANY 5601 INTERSTATE 40, SUITE 204 AMARILLO TX 79106
R. BYRN BASS, JR. ATTORNEY AT LAW 1500 BROADWAY, SUITE 505 LUBBOCK TX 79401
REUBEN L HANCOCK REUBEN L HANCOCK PC 7480 GOLDEN POND PLACE STE 200 AMARILLO TX 79121
SAM'S CLUB MC SYNCB PO BOX 171711 PHILIDELPHIA PA 19176
US ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
WESTERN EQUIPMENT LLC 404 FRISCO AVE CLINTON OK 73601
U.S. TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75202

Date: <u>March 19, 2026</u>

<u>/s/ Brad Kloiber</u>
Brad Kloiber
Chapter 12 Trustee
PO Box 709
Littlefield, TX 79339